IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00624-PSF-CBS

LEE HELM,

    Plaintiff,

v.

STATE OF COLORADO,
JOE ORTIZ, Dir. of D.O.C., and
ALLEN STANLEY, Chairman of Parole Board,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 6 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to F.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: June 23, 2006    BY THE COURT:

                                       s/ *Phillip S. Figa*

                                       PHILLIP S. FIGA
                                       UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-00624-PSF-CBS

Lee Helm
Prisoner No. 60482
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

John Suthers, Attorney General
Office of the Attorney General
DELIVERED ELECTRONICALLY

Joe Ortiz - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
DELIVERED ELECTRONICALLY

US Marshal Service
Service Clerk
Service forms for: Allen Stanley

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst and the U.S. Marshal Service for service of process on Joe Ortiz and Allen Stanley and to John Suthers: AMENDED COMPLAINT FILED 4/21/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/26/06.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk