# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 06-cv-00624-PSF-CBS | FTR - Reporter Deck, Crtrm A402 |
| **Date:** October 02, 2006 | Courtroom Deputy, Ellen E. Miller |

| | |
|---|---|
| LEE  HELM  #60482 | Pro Se  (by telephone) |
| **Plaintiff(s),** | |
| v. | |
| STATE OF COLORADO, JOE ORTIZ, and ALLEN STANLEY, | Joseph P. Sanchez  (by telephone) |
| **Defendant(s)** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:     TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   10:24  a.m.
Court calls case. Telephonic appearance of *Pro Se* Plaintiff and defense counsel.

Discussion is held regarding the status of the case and the pending motions and the statute of limitations issue.

**It is ORDERED:**   Defendants shall have  TWENTY (20) DAYS  from today's date within which to supplement their Motion to Dismiss.
Following the filing of the Supplemental Motion to Dismiss, Plaintiff shall have  THIRTY (30) DAYS  within which to respond.

The court reminds Mr. Helm that local rules prohibit combining a reply with a separate motion.

**It is ORDERED:**   Plaintiff's  REPLY TO MOTION TO DISMISS AND REQUEST FOR SUMMARY JUDGMENT (Document 17, Filed July 28, 2006) is **STRICKEN.**

HEARING CONCLUDES.   **Court in recess:**   10:43  a.m.   Total In-Court Time:   00:19